IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

BRICKLAYERS and ALLIED
CRAFTWORKERS, LOCAL NO.1

V.

Civil Action No.:1:06CV00408
Judge Paul L. Friedman

BRISK WATERPROOFING COMPANY, INC.
    and
WESTERN WATERPROOFING COMPANY, INC.
    and
WESTERN CONSTRUCTION GROUP, INC.

## STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND

The Complaint herein having been served on defendants, Brisk Waterproofing Company, Western Waterproofing Company, Inc. and Western Construction Group, Inc. ("defendants") on April 10, 2006, and plaintiff Bricklayers and Allied Craftworkers Local No. 1 ("plaintiff"), by its undersigned counsel, having agreed to an extension of time within which defendants may answer or otherwise respond to the complaint, plaintiff and defendants hereby stipulate and agree that defendants may have until and including Monday, May 22, 2006 to answer or otherwise respond to the complaint.

Date: April 21, 2006

*[signature]*
William P. Dale /PFH w/ permission
McChesney & Dale, P.C
4000 Mitchellville Road
Suite 222B
Bowie, MD 20716
Telephone: (301) 805-6080
Fax: (301) 805-6086
Attorneys for Plaintiff

Respectfully submitted,

*[signature]*
Peter F. Healey
Tighe Patton Armstrong Teasdale P.L.L.C.
1747 Pennsylvania Avenue, NW
Washington, DC 20006-4604
Telephone: (202) 454-2800
Facsimile: (202) 454-2805
Attorneys for Defendant

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE