IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

BRICKLAYERS and ALLIED
CRAFTWORKERS, LOCAL NO.1

V.

BRISK WATERPROOFING COMPANY, INC.
and
WESTERN WATERPROOFING COMPANY, INC.
and
WESTERN CONSTRUCTION GROUP, INC.

Civil Action No.:1:06CV00408
Judge Paul L. Friedman

## CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND

The Complaint herein was served on defendants, Brisk Waterproofing Company, Western Waterproofing Company, Inc. and Western Construction Group, Inc. ("defendants") on April 10, 2006, on behalf of plaintiff Bricklayers and Allied Craftworkers Local No. 1 ("plaintiff"). Because the parties are in active settlement discussions, by undersigned counsel, plaintiffs and defendants have agreed to an extension of time within which defendants may answer or otherwise respond to the complaint until Monday, June 12, 2006 to facilitate such settlement discussions.

Accordingly, by this Consent Motion, plaintiff and defendants hereby request the Court to permit defendants to have until and including Monday, June 12, 2006 to answer or otherwise respond to the complaint.

Date: May 18, 2006

_/s/ William P. Dale_
William P. Dale
McChesney & Dale, P.C
4000 Mitchellville Road
Suite 222B
Bowie, MD 20716
Telephone: (301) 805-6080
Fax: (301) 805-6086
Attorneys for Plaintiff

Respectfully submitted,

_/s/ Peter F. Healey_
Peter F. Healey
Tighe Patton Armstrong Teasdale P.L.L.C.
1747 Pennsylvania Avenue, NW
Washington, DC 20006-4604
Telephone: (202) 454-2800
Facsimile: (202) 454-2805
Attorneys for Defendant

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE