IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

BRICKLAYERS and ALLIED
CRAFTWORKERS, LOCAL NO.1

V.

BRISK WATERPROOFING COMPANY, INC.
     and
WESTERN WATERPROOFING COMPANY, INC.
     and
WESTERN CONSTRUCTION GROUP, INC.

Civil Action No.:1:06CV00408
Judge Paul L. Friedman

## CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE STIPULATION OF DISMISSAL

The Complaint herein was served on defendants, Brisk Waterproofing Company, Western Waterproofing Company, Inc. and Western Construction Group, Inc. ("defendants") on April 10, 2006, on behalf of plaintiff Bricklayers and Allied Craftworkers Local No. 1 ("plaintiff"). Because the parties have reached a tentative settlement which is being reduced to writing, by undersigned counsel, plaintiffs and defendants ask for an extension of time within which the parties may file an appropriate stipulation of dismissal with the Court.

Accordingly, by this Consent Motion, plaintiff and defendants hereby request the Court to permit the parties to and including Monday, June 26, 2006 to file an appropriate stipulation of dismissal with the Court.

Date: June 12, 2006

*William P. Dale* w/permission
William P. Dale
McChesney & Dale, P.C
4000 Mitchellville Road
Suite 222B
Bowie, MD 20716
Telephone: (301) 805-6080
Fax: (301) 805-6086
Email: bill@dalelaw.com
Attorneys for Plaintiff

Respectfully submitted,

*Peter F. Healey*
Peter F. Healey
Tighe Patton Armstrong Teasdale P.L.L.C.
1747 Pennsylvania Avenue, NW
Washington, DC 20006-4604
Telephone: (202) 454-2800
Fax: (202) 454-2805
Email: phealey@tighepatton.com
Attorneys for Defendant

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE