IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

BRICKLAYERS and ALLIED
CRAFTWORKERS, LOCAL NO. 1

v.

BRISK WATERPROOFING COMPANY, INC.
    and
WESTERN WATERPROOFING COMPANY, INC.
    and
WESTERN CONSTRUCTION GROUP, INC.

Civil Action No.: 1:06CV00408
Judge Paul L. Friedman

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties below that this action (including all claims) be, and hereby is, dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without costs to either party as against the other, because the parties are finalizing a settlement agreement.

Date:   June 27, 2006

_____
William P. Dale
DC Bar #: 216101
McChesney & Dale, P.C.
4000 Mitchellville Road
Suite 222B
Bowie, MD 20716
Telephone: (301) 805-6080
Fax: (301) 805-6086
Email: bill@dalelaw.com
Attorneys for Plaintiff

Respectfully submitted,

_____
Peter F. Healey
DC Bar #: 37432
Tighe Patton Armstrong Teasdale P.L.L.C.
1747 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4604
Telephone: (202) 454-2800
Fax: (202) 454-2805
Email: phealey@tighepatton.com
Attorneys for Defendant

SO ORDERER:

_____
UNITED STATES DISTRICT JUDGE